```
 1  SCOTT N. SCHOOL, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
                           UNITED STATES DISTRICT COURT
 9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN FRANCISCO DIVISION
11
    VADIM BELKIN,                            )
12                                           )
                    Plaintiff,               )  Case No. 06-6985 BZ
13                                           )
             v.                              )
14                                           )
    Department of Homeland Security, MICHAEL )  STIPULATION TO DISMISS AND
15  CHERTOFF, Secretary; U.S. Attorney General, )  [PROPOSED] ORDER
    ALBERTO GONZALES; United States Citizenship )
16  and Immigration Services, EMILIO T. GONZALES, )
    Director; United States Citizenship and Immigration )
17  Services, ALFONSO AGUILAR, Chief; United )
    States Citizenship and Immigration Services, )
18  DAVID STILL, District Director,          )
                                             )
19                  Defendants.              )
                                             )
20
```

21    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25 adjudicate such application within 30 days of the dismissal of this action.

26    Each of the parties shall bear their own costs and fees.

27 ///

28

Stipulation to Dismiss
C 06-6985 BZ                    1

| | | |
|---|---|---|
| 1 | Date: July 31, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 31, 2007

/s/
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 1, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

Stipulation to Dismiss
C 06-6985 BZ                    2